THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE ODDO, Appellant.

Submitted January 10, 1945; decided March 1, 1945.

*Louis Kaye* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.